IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NEIL D. HARKNESS,

     Appellant,

v.

                           Case No. 5D23-572
                           LT Case No. 2021-CF-1229

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed July 11, 2023

Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and
Teresa D. Sutton, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, and
Heather Flanagan Ross, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EISNAUGLE and KILBANE, JJ., concur.